BIG–D CONSTRUCTION CORP.-CALIFORNIA, a Utah corporation, Plaintiff—Appellant,

v.

LEPRINO FOODS COMPANY; Marelich Mechanical Co., Inc., a California corporation dba University Marelich Mechanical; York International Corporation, dba York Heating and Air Conditioning aka Tork International/Frick, a Delaware corporation; C & L Coatings, Inc., a California corporation; Consolidated Electrical Distributors, Inc.; California Electric Supply, a Delaware corporation; Northridge Equipment Co., a California corporation; Morris Levin and Son; JCH Enterprises, Inc., a California corporation; Stainless Distributors, a California corporation; Kelley Pipe LP, a California limited partnership; National Waterworks, Inc., a Delaware corporation; Viking Ready Mix Co., Inc., a Delaware corporation; Labor Ready Southwest, Inc., a Washington corporation; A C Electric Company, a California corporation; American Specialty Insulation, Inc., a California corporation; Control and Design, Inc., a California corporation; American Landscape, Inc., a California corporation; Global Industrial Contractors, Inc., Defendants—Appellees.

No. 05–15226.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 21, 2005.

Filed June 26, 2006.

James M. Wagstaffe, Esq., Ivo Labar, Kerr & Wagstaffe, Francis J. Hughes,

Esq., San Francisco, CA, Daniel J. Nevis, Esq., Miller Morton Caillat & Nevis LLP, San Jose, CA, for Plaintiff–Appellant.

Patrick Theodore Markham, Esq., Jacobson Markham LLP, Sacramento, CA, Peter Ippolito, Esq., McKenna Long & Aldridge, San Diego, CA, Matthew Gerald Backowski, Esq., Kimble, MacMichael & Upton, Fresno, CA, Downey Brand, Stockton, CA, for Defendants–Appellees.

Before: THOMAS and W. FLETCHER, Circuit Judges, and MAHAN,* District Judge.

### ORDER **

Pursuant to the stipulation by the parties, filed June 20, 2006, this appeal is DISMISSED with prejudice, and each party shall bear its own costs and fees.

A copy of this order served on the district court shall constitute the mandate of this court.

---

* The Honorable James C. Mahan, United States District Judge for the District of Nevada, sitting by designation.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.